ACCEPTED
04-15-00654-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/20/2015 3:50:51 PM
KEITH HOTTLE
CLERK

## No. 2015 CI 17300

| | | |
|---|---|---|
| LEONARDO RODRIGUEZ, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff* | § | 407th JUDICIAL DISTRICT |
| v. | § | |
| | § | |
| ACCENT PROFESSIONAL PAYROLL SERVICES, INC. f/k/a TEXAS DIVERSIFICATION WORKFORCE, INC. formerly d/b/a TX WORKS and LOCKHART CONTRACTING SERVICES, INC. a/k/a LOCKHART CONTRACTING SERVICES, | § | |
| *Defendants.* | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/20/2015 3:50:51 PM
KEITH E. HOTTLE
Clerk

### PLAINTIFF'S NOTICE OF APPEAL

This Notice of Appeal is filed by Plaintiff Leonardo Rodriguez who seeks to appeal all parts of the trial court's judgment signed on October 13, 2015. Appeal is being taken to the Fourth Court of Appeals in San Antonio.

Respectfully submitted,

/S/ *Jeff Small*

Jeff Small
State Bar No . 00793027
LAW OFFICE OF JEFF SMALL
12451 Starcrest, Suite 100
San Antonio, TX 78216.2988
 210.496.0611/F210. 579.1399
jdslaw@satx.rr.com

Nadine M. Nieto
State Bar No. 00794375
LAW OFFICES OF NADINE M. NIETO
The Woods of Castle Hills
1844 Lockhill-Selma, Suite 102
San Antonio, TX 78213
210.308.8811//F: 210.308-8819
nnieto@nadinenietolaw.com

Counsel for Plaintiff

Page 1 of 2

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF APPEAL is being served on interested parties/ counsel of record as shown below pursuant to the Texas Rules of Civil Procedure on October 20, 2015.

Emma Cano
 State Bar No. 24036321
HAYNES AND BOONE, L.L.P.
112 E. Pecan St., Suite 1200
San Antonio, Texas 78205
 210.978.7405/F: 210.554.0412
emma.cano@haynesboone.com

Attorneys for Defendant
Lockhart Contracting Services, Inc.

_/s/ Jeff Small_